UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-CV-21622-KMM

JAMES WATSON,

    Plaintiff,

v.

CAUDALIE USA, Inc.

    Defendant.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, JAMES WATSON, by and through counsel, pursuant to Fed. R. Civ. P. Rule 41(a), and this Court Order [DE 11], gives notice that he voluntarily dismisses this action with prejudice against, Defendant, CAUDALIE USA, Inc, and respectfully requests that this Court terminate the action.

Respectfully submitted this June 24, 2024.

                                              By: */s/ Juan Courtney Cunningham*
                                              Juan Courtney Cunningham, Esq.
                                              Florida Bar No.: 628166
                                              J. COURTNEY CUNNINGHAM, PLLC
                                              8950 SW 74th Court, Suite 2201
                                              Miami, Florida 33156
                                              T:  305-351-2014
                                              cc@cunninghampllc.com
                                              legal@cunninghampllc.com

                                              *Counsel for Plaintiff*

Watson v. Caudalie USA<br>
Case No. 24-CV-21622-KMM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 24, 2024, an electronic copy of this document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ Juan Courtney Cunningham*
Juan Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*